JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:  415.281.1350

HAILEY TETON (CSB No. 294262)
hteton@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:  650-988-8500
Facsimile:  650-938-5200

Attorneys for Defendant
BILL.COM, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## (WESTERN DIVISION-LOS ANGELES)

| | |
|---|---|
| FAST PAY PARTNERS LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>BILL.COM, INC.<br><br>                    Defendant. | Case No.: 2:15-cv-01705-DMG-AGR<br><br>**DEFENDANT BILL.COM'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Bill.com, Inc. ("Bill.com") states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Pursuant to L.R. 7.1-1, the undersigned, counsel of record for Bill.com, certifies that the following listed party or parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

/ / /

1

- Other than the named parties, counsel is currently unaware of any such parties.

Dated:  April 2, 2015                    FENWICK & WEST LLP


                                         By:  _/s/ Jedediah Wakefield_____
                                              Jedediah Wakefield

                                              Attorneys for Defendant
                                              BILL.COM, INC.